# Court of Appeals
# of the State of Georgia

ATLANTA,  December 16, 2025

*The Court of Appeals hereby passes the following order:*

**A26A0481. BROWN v. ROBINSON.**

The Appellant filed a motion for permission to withdraw the abovementioned appeal pursuant to Court of Appeals Rule 41(g)(1), and the Appellee filed a response in opposition thereto. Having been read and considered, the Appellant's motion for permission to withdraw appeal is hereby GRANTED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  12/16/2025*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*